FILED

OCT 10 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT

### FOR THE WESTERN DISTRICT OF TEXAS

### WACO DIVISION

| | | |
|---|---|---|
| AMY L. STEWART, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>*Plaintiff*<br><br>v.<br><br>ARS NATIONAL SERVICES, Inc. and John Does 1-25,<br>*Defendants* | §§§§§§§§§§§ | CIVIL NO. 6:18-cv-041-ADA |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the above-entitled cause of action. Plaintiff filed a Notice of Voluntary Dismissal with Prejudice on June 6, 2018 requesting the Court to dismiss their case with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i). In light of this motion, it is therefore **ORDERED** that the claims made by Plaintiff in their complaint be **DISMISSED WITH PREJUDICE** and this case be closed.

SIGNED on October 10th, 2018.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE